FILED
2011 Jul-28  AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "A"



**1.877.318.1142**

- Home
- Tube X
- Custom Rattles
- Apparel
- Retail Locations
- Pro/Field Staff
- Photo Gallery
- Contact Us

**NOTICE**
**Vertical Lures**
Is best viewed with
**IE on Windows PC.**



We recently discovered issues with our websites compatibility with some website browsers.

We are working diligently to fix these issues.

Our goal is to be 100% compatible with all browsers in the very near future.

**Coming Soon!**
Support for the follow:

 Firefox

 Netscape

 Safari

 Mac

| | **Alabama** | **Select Different State:** Select State  "Super Stores" are listed in red below. These stores carry the *entire line* of Vertical Lures products. |
|---|---|---|
| | **Tackle Box**  56 Main Street  Oxford, AL 36203  (256) 831-7635 | |
| | **Mark's Outdoors**  1400-B Montgomery Hwy.  Birmingham, AL 35216  (877) 979-6275 | |
| | **Gray's Tackle Shop**  2813 Jackson Hwy.  Sheffield, AL 35660  (256) 383-2716 | |
| | **Westend Outdoors**  17171 Hwy 72 West  Athens, AL 35611  (256) 233-1633 | |
| | **Fish'N Fever**  5 Hwy. 43 S  Saraland, AL 36571  (251) 675-6030 | |
| | **Twins State Tackle**  3595 UUS Hwy. 11  Cuba, AL 36907  (205) 499-1034 | |
| | **Preston's Outdoors**  6914 University Blvd. East  Cottondale, AL 35453  (205) 553-1985 | |
| | **Waterfront Tackle**  6955 Scottsboro Hwy.  Scottsboro, AL 35769  (256) 582-6060 | |
| | **Black Warrier Tackle**  5401 Mc Farland Blvd.  Northport, AL 35476  (205) 333-1605 | |

**EXHIBIT "A"**

**Quints Sporting**
406 Industrial Parkway
Saraland, AL 36571
(251) 679-1300

**Bee's Wax Bait & Grocery**
25747 Hwy 145
Columbiana, AL 35051
(205) 669-1218

Web Site by TrueZeal.com.net

98327