# EXHIBIT "B"



US00D537144S

(12) **United States Design Patent** (10) Patent No.: **US D537,144 S**
Harrell (45) Date of Patent: ** **Feb. 20, 2007**

(54) **JIG FISH LURE**

(76) Inventor: **Eric A. Harrell**, 108 Fox La., Pickens, SC (US) 29671

(**) Term: **14 Years**

(21) Appl. No.: **29/253,577**

(22) Filed: **Feb. 9, 2006**

(51) **LOC (8) Cl.** ........................................... **22-05**
(52) **U.S. Cl.** ........................................ **D22/144**
(58) **Field of Classification Search** ........ D22/144–146, D22/125–133, 115; D21/711; 43/43.39, 42.45, 43/42.24, 42.26, 42.28, 42.31, 42.32
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D146,460 S | * | 3/1947 | Bentley | D21/711 |
| 2,892,281 A | | 6/1959 | Schilling et al. | 43/42.36 |
| 3,890,692 A | * | 6/1975 | Jandura, Jr. | D22/115 |
| D406,309 S | * | 3/1999 | Hart | D22/126 |
| D494,226 S | * | 8/2004 | Perez | D22/115 |
| D518,139 S | * | 3/2006 | Lester | D22/126 |

* cited by examiner

*Primary Examiner*—Catherin R. Oliver
(74) *Attorney, Agent, or Firm*—Richard C. Litman

(57) **CLAIM**

The ornamental design for a jig fish lure, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevational view, with the rear and sides being identical, of a jig fish lure showing my new design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a bottom plan view thereof; and,
FIG. **4** is an environmental perspective view thereof.
The broken line showing of the fishing apparatus in FIG. **4** is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



**EXHIBIT "B"**

U.S. Patent        Feb. 20, 2007        Sheet 1 of 2        US D537,144 S



*Fig. 1*



*Fig. 2*



*Fig. 3*



Fig. 4